JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0765 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXCLUDING |
| | ) | TIME, FROM MARCH 15, 2010 |
| MENDEL BEKER, | ) | TO APRIL 19, 2010, FROM THE |
|   a.k.a. Mikhail Lvovich, | ) | SPEEDY TRIAL ACT |
|   a.k.a. Michael Beker, | ) | CALCULATION |
| ARIE PRILIK and | ) | (18 U.S.C. § 3161(h)(7)(B)(iv)) |
| NEWCON INTERNATIONAL LTD. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 15, 2010, the parties appeared before the Honorable Marilyn Hall Patel

for an initial appearance.  At that appearance, counsel for defendants requested time to

review discovery and prepare to defend the case.  The Court set an appearance date of

April 19, 2010 for status.  The Court ordered that time be excluded from the Speedy Trial

Act calculation from March 15, 2010 through April 19, 2010, for effective preparation of

the defense, taking into account the exercise of due diligence.

With the agreement of the parties, and with the consent of the defendants, the Court

enters this order documenting the exclusion of time under the Speedy Trial Act from March

15, 2010 through April 19, 2010, for the effective preparation of the defense under 18

U.S.C. § 3161(h)(7)(B)(iv).

1    The parties agree, and the Court finds and holds, as follows:

2    1.    That time is excluded under the Speedy Trial Act from March 15, 2010 to

3 April 19, 2010, so that defense counsel can review discovery regarding the charges in this

4 matter to effectively prepare their defense.

5    2.    Counsel for the defense believes that the exclusion of time is in their clients'

6 best  interest.

7    3.    Given these circumstances, the Court finds that the ends of justice served by

8 excluding the period from March 15, 2010 through April 19, 2010, outweigh the best

9 interest of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(B)(iv).

10    4.  Accordingly, and with the consent of the defendants, the Court orders that (1) an

11 appearance shall be set on April 19, 2010, at 10:00 a.m. before the Honorable Marilyn Hall

12 Patel; (2) the period from March 15, 2010 through April 19, 2010, shall be excluded from

13 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(B)(iv); and (3) there are sixty

14 five (65) days remaining before the trial in this case must commence for both defendants.

15 Pursuant to the time excluded in this Proposed Order and Stipulation, the "speedy trial" date

16 for this matter is June 23, 2010.

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

[Prop] Order & Stip Excl Time - CR 07-0765 MHP  - Page 2

1    IT IS SO STIPULATED.

2

3    March 25, 2010                          _____/s/_____
     DATED                                   JEANE HAMILTON
4                                            Attorney
                                             U.S. Department of Justice, Antitrust Divn.
5

6    March 25, 2010                          _____/s/_____
     DATED                                   JONATHAN HOWDEN
7                                            Counsel for Mendel Beker

8

     March 25, 2010                          _____/s/_____
9    DATED                                   WILLIAM OSTERHOUDT
                                             Counsel for Arie Prilik
10

11   PURSUANT TO STIPULATION IT IS SO ORDERED.

12   ___3/26/2010_____        _____
     DATED                                    HONORABLE MARILYN HALL PATEL
13                                            United States District Judge
                                             Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28