JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MENDEL BEKER,<br>   a.k.a. Mikhail Lvovich,<br>   a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | Case No. CR 07-0765 MHP (EMC)<br><br>[PROPOSED] ORDER AND STIPULATION SEALING CERTAIN EXHIBITS TO THE AFFIDAVIT OF DAVID J. WARD FILED ON MARCH 15, 2010; BRIEFING SCHEDULE |

1. On March 15, 2010, the United States filed its Opposition to Defendants' Motion for Modification of Conditions of Release. In support of that opposition, the Declaration of David J. Ward was filed; that declaration referred to eight attachments. The United States filed a motion to seal those attachments when the opposition was filed.

2. On March 17, 2010, defendant Mendel Beker filed his opposition to the United States' Motion to Seal the Affidavits.

3. On March 25, 2010, the parties conferred and agreed to the following:

    a. Exhibits A through C (correspondence, transcript of Canadian Court proceeding and publication from Newcon website) shall not be sealed;

    b. Exhibits D, E and G shall be sealed. Exhibits D and E contain sensitive

Stip & [Proposed] Order: 07-0765 MHP (EMC) Page 1

personal financial information and addresses, Exhibit G contains sensitive military intelligence; and

    c.    Regarding Exhibit F (transcripts), the parties agree to the following briefing schedule:

        i.    The United States will file its Memorandum in Support of Its Motion to Seal Exhibit F by April 19, 2010;

        ii.    Defendant will file his Opposition to Seal Exhibit F by April 26, 2010; and,

        iii.    Hearing date on May 5, 2010 at 9:30 a.m.

IT IS SO STIPULATED.

March 29, 2010  
DATED

/s/  
JEANE HAMILTON  
Attorney  
U.S. Department of Justice, Antitrust Divn.

March 29, 2010  
DATED

/s/  
JONATHAN HOWDEN  
Counsel for Mendel Beker

PURSUANT TO STIPULATION IT IS SO ORDERED.

March 31, 2010  
DATED

HONORABLE EDWARD M. CHEN  
United States Magistrate Court Judge  
Northern District

IT IS SO ORDERED  
Judge Edward M. Chen

Stip & [Proposed] Order: 07-0765 MHP (EMC) Page 2