JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MENDEL BEKER,<br>  a.k.a. Mikhail Lvovich,<br>  a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | Case No. CR 07-0765 MHP<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 19, 2010 TO MAY 3, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(7)(B)(iv)) |

On April 19, 2010, the parties appeared before the Honorable Marilyn Hall Patel. At that appearance, counsel for defendants requested additional time to review discovery and prepare to defend the case. The Court set an appearance date of May 3, 2010 to set dates for motions practice and trial. The Court ordered that time be excluded from the Speedy Trial Act calculation from April 19, 2010 through May 3, 2010, for effective preparation of the defense, taking into account the exercise of due diligence.

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from April 19, 2010 through May 3, 2010, for the effective preparation of the defense under 18 U.S.C. § 3161(h)(7)(B)(iv).

[Prop] Order & Stip Excl Time - CR 07-0765 MHP   - Page 1

The parties agree, and the Court finds and holds, as follows:

1. That time is excluded under the Speedy Trial Act from April 19, 2010 through May 3, 2010, so that defense counsel can review discovery regarding the charges in this matter to effectively prepare their defense.

2. Counsel for the defense believes that the exclusion of time is in their clients' best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 19, 2010 through May 3, 2010, outweigh the best interest of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(B)(iv).

4. Accordingly, and with the consent of the defendants, the Court orders that (1) an appearance shall be set on Amy 3, 2010, at 10:00 a.m. before the Honorable Marilyn Hall Patel; (2) the period from April 19, 2010 through May 3, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(B)(iv); and (3) there are sixty five (65) days remaining before the trial in this case must commence for both defendants.  Pursuant to the time excluded in this Proposed Order and Stipulation, the "speedy trial" date for this matter is July 7, 2010.

//
//
//
//
//
//
//
//
//
//
//
//

[Prop] Order & Stip Excl Time - CR 07-0765 MHP   - Page 2

1  IT IS SO STIPULATED.

2

3  April 20, 2010                                              /s/
   DATED                                                        JEANE HAMILTON
4                                                                                Attorney

5                                                             U.S. Department of Justice, Antitrust Divn.

6  April 20, 2010                                              /s/
   DATED                                                        JONATHAN HOWDEN
7                                                             Counsel for Mendel Beker

8

9  April 20, 2010                                              /s/
   DATED                                                        WILLIAM OSTERHOUDT
10                                                          Counsel for Arie Prilik

11  PURSUANT TO STIPULATION IT IS SO ORDERED.

12  April 28, 2010
   DATED                                                        HONORABLE MARILYN H. PATEL
13                                                          United States District Judge
14                                                          Northern District of California

*IT IS SO ORDERED*

*Judge Marilyn H. Patel*