JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MENDEL BEKER,<br>　a.k.a. Mikhail Lvovich,<br>　a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>　　　　Defendants. | Case No. CR 07-0765 MHP<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 3, 2010 TO JUNE 28, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(B)(iv)) |

On May 3, 2010, the parties appeared before the Honorable Marilyn Hall Patel. At that appearance, counsel for defendants notified the Court and counsel for the United States that the defendants intend to file motions that seek to, among other things, dismiss Count Four of the Indictment (violation of 18 U.S.C. § 1956(a) - Money Laundering) and disclose grand jury proceedings. Based on these representations the Court set the following briefing schedule:

- Defendants file motions no later than May 24, 2010;
- United States responds no later than June 14, 2010;
- Defendants' reply no later than June 21, 2010;
- Hearing on Defendants' motions on June 28, 2010 at 11 a.m.

[Prop] Order & Stip Excl Time - CR 07-0765 MHP   - Page 1

1    The Court ordered that time be excluded from the Speedy Trial Act calculation
2 from May 3, 2010 through June 28, 2010, for effective preparation of the defense, taking
3 into account the exercise of due diligence, pursuant to U.S.C. § 3161(h)(7)(B)(iv), and
4 delay resulting from pretrial motion, pursuant to 18 U.S.C. § 3161(h)(1)(D).

5    With the agreement of the parties, and with the consent of the defendants, the
6 Court enters this order documenting the exclusion of time under the Speedy Trial Act from
7 May 3, 2010 through June 28, 2010, for effective preparation of the defense, taking into
8 account the exercise of due diligence, pursuant to U.S.C. § 3161(h)(7)(B)(iv), and delay
9 resulting from pretrial motion, pursuant to 18 U.S.C. § 3161(h)(1)(D).

10    The parties agree, and the Court finds and holds, as follows:

11    1.    That time is excluded under the Speedy Trial Act from May 3, 2010
12 through June 28, 2010, for effective preparation of the defense, taking into account the
13 exercise of due diligence, pursuant to U.S.C. § 3161(h)(7)(B)(iv), and delay resulting from
14 pretrial motion, pursuant to 18 U.S.C. § 3161(h)(1)(D).

15    2.    Counsel for the defense believes that the exclusion of time is in their
16 clients' best interest.

17    3.    Given these circumstances, the Court finds that the ends of justice served
18 by excluding the period from May 3, 2010 through June 28, 2010, outweigh the best
19 interest of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(B)(iv).

20    4. Accordingly, and with the consent of the defendants, the Court orders that (1)
21 an appearance shall be set on June 28, 2010, at 11:00 a.m. before the Honorable Marilyn
22 Hall Patel; (2) the period from May 3, 2010 through June 28, 2010, shall be excluded from
23 Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. §
24 3161(h)(7)(B)(iv); and (3) there are sixty five (65) days remaining before the trial in this
25 case must commence for both defendants.  Pursuant to the time excluded in this Proposed
26 Order and Stipulation, the "speedy trial" date for this matter is September 1, 2010.
27 //
28 //

[Prop] Order & Stip Excl Time - CR 07-0765 MHP   - Page 2

1  IT IS SO STIPULATED.

2

3  May 26, 2010                              _____/s/_____
   DATED                                     JEANE HAMILTON
4                                            Attorney
                                             U.S. Department of Justice, Antitrust Divn.
5

6  May 24, 2010                              _____/s/_____
   DATED                                     JONATHAN HOWDEN
7                                            Counsel for Mendel Beker and Newcon

8

9  May 25, 2010                              _____/s/_____
   DATED                                     WILLIAM OSTERHOUDT
                                             Counsel for Arie Prilik
10

11  PURSUANT TO STIPULATION IT IS SO ORDERED.

12  _5/28/2010_____
    DATED                                    HONORABLE MARILYN HALL PATEL
13                                           United States District Court Judge
                                             Northern District of California
14

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[Prop] Order & Stip Excl Time - CR 07-0765 MHP   - Page 3