Jonathan R. Howden (SBN: 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendants
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **Case No. CR 07 0765 MHP** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER RE HEARING ON DEFENDANTS' PRETRIAL MOTIONS** |
| MENDEL BEKER, ARIE PRILIK and NEWCON INTERNATIONAL LTD. | ) | |
| Defendants. | ) | |

Plaintiff, United States of America and Defendants Michael Beker, Arie Prilik and Newcon International LTD stipulate and agree that the hearing on the defendants' pretrial motions, currently set for Monday, June 28, 2010, shall be heard instead on Wednesday, June 30, 2010 at 10:00 a.m. in Courtroom 15, on the 18th floor of the Federal Courthouse.

SO STIPULATED:

Dated:  May 27, 2010

/s/
Jeane Hamilton, Trial Attorney
United States Department of Justice

Dated:  May 27, 2010

/s/
Jonathan R. Howden
Counsel for Defendant Mendel Beker

Dated:  May 27, 2010

/s/
William L. Osterhoudt
Counsel for Defendant Arie Prilik

SO ORDERED:

Dated:  May  28, 2010

Judge Marilyn H. Patel
United States District Court
Northern District of California

IT IS SO ORDERED

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802