Jonathan R. Howden (SBN: 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Defendants
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MENDEL BEKER, ) <br> a/k/a Michael Beker, ) <br> a/k/a Mikhail Lvovich, ) <br> ARIE PRILIK and ) <br> NEWCON INTERNATIONAL LTD.. ) <br> ) <br> Defendants. ) <br> ) | **Case No. CR 07 0765 MHP** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER FOR DEFENDANT MENDEL BEKER TO TRAVEL TO PENNSYLVANIA , RHODE ISLAND AND NEW YORK** |

Plaintiff, United States of America and Defendant Michael Beker, stipulate and agree that he may travel outside the State of California according to the following itinerary.  Mr. Beker's Pretrial Services Officer, Josh Libby, has been informed of this proposed modification and does not oppose it.

Michael Beker will travel by air to Philadelphia, Pennsylvania on August 26, 2010.  He will stay in Philadelphia until Wednesday, September 1, 2010, when he will travel by road or rail to Brooklyn, New York, where he will stay until September 7, 2010.  While he is in New York, Mr. Beker will travel with his hosts to Middletown, Rhode Island, where they will stay two nights,

1

STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT MENDEL BEKER
TO TRAVEL TO PENNSYLVANIA AND NEW YORK

SF:288153.1

Saturday, September 4, and Sunday, September 5, 2010.  On September 7, 2010, Mr. Beker will fly back to San Francisco, California.

     Mr. Beker will provide Mr. Libby with the name, address and telephone number of the hotels at which he will be staying in both Philadelphia, Brooklyn and Middletown.  He shall also be allowed to use his passport to travel by air, but shall promptly return it to his counsel when he arrives back in San Francisco.

SO STIPULATED:

Dated:  August ___, 2010

/s/
Jeane Hamilton, Trial Attorney
United States Department of Justice

Dated:  August ___, 2010

/s/
Jonathan Howden
Counsel for Defendant Mendel Beker

SO ORDERED:

Dated:  August _6_, 2010



Judge Marilyn H. Patel
United States District Court

IT IS SO ORDERED

STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT MENDEL BEKER TO TRAVEL TO PENNSYLVANIA AND NEW YORK

SF:288153.1