JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MENDEL BEKER,<br>  a.k.a. Mikhail Lvovich,<br>  a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | Case No. CR 07-0765 MHP<br><br>[PROPOSED] ORDER AND STIPULATION REGARDING DISCLOSURES, MOTIONS AND HEARING DATES; EXCLUDING TIME FROM SPEEDY TRIAL CALCULATIONS (18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(B)(iv)) |

On August 9, 2010, the parties appeared before the Honorable Marilyn Hall Patel. At that appearance, the parties agreed to the following:

(1) No later than August 27, 2010, the United States shall submit a further explanation of the Statement of the Case.

(2) No later than September 1, 2010, Defendants shall:

    (a) Identify the expert expected to testify at trial on the subject of night vision testing and quality and provide that individual's *curriculum vitae* and list of published articles;

       (b)    Identify any alternate expert expected to testify at trial on the subject of night vision testing and quality and provide that alternate's *curriculum vitae* and list of published articles; and

       (c)    Identify any expert expected to testify at trial on the subject of alterations to tape recordings and provide that individual's *curriculum vitae* and list of published articles.

(3)    The United States has produced twelve recordings of primarily Russian conversations that occurred between the defendants and a government witness. The United States has also produced English translations of those conversations. No later than September 3, 2010, Defendants shall:

       (a)    Stipulate to the English translations produced by the United States; *or*

       (b)    Designate and proffer alternate English translations to all specific passages to which Defendants will not stipulate; *and*

       (c)    Identify any expert expected to testify at trial on the subject of the English translations and provide that individual's *curriculum vitae* and list of published articles.

(4)    No later than September 8, 2010, all parties will provide English versions of expert witness' opinions, published articles, the bases and reasons for those opinions, the witnesses' qualifications and a summary of any testimony that the party intends to use under Fed. R. Evid. 702, 703 and 705 in the parties' case-in-chief, as required by Fed. R. Crim. P. 16 and related case law.

(5)    No later than September 15, 2010, the parties will file the following:

       (a)    Motions *in limine*; and

       (b)    Motions to Exclude Expert Testimony ("*Daubert* Motions").

(6)    No later than September 15, 2010, the United States will provide (1) a summary of any evidence of other crimes, wrongs or acts which the government intends to offer under Fed. R. Evid. 404(b) in sufficient detail that the Court may rule on the

admissibility of the proffered evidence and (2) the evidence it intends to offer under Fed. R. Evid. 801(d)(2)(E) in sufficient detail that the Court may rule on the admissibility of the statements.

(7)     No later than September 29, 2010, all parties will file their Oppositions to *Daubert* Motions and to Motions *in Limine*.

(8)     No later than October 6, 2010, all parties will file their Replies to the Oppositions for *Daubert* Motions and to the Motions *in Limine*.

(9)     No later than October 6, 2010, the defendants will produce to the United States all discovery pursuant to Fed. R. Crim. P. 16, Fed. R. Crim. P. 26.2 and related case law.

(10)    On October 13, 2010 at 10 a.m., the Court will hear arguments regarding *Daubert* Motions and Motions *in Limine*.

(11)    No later than October 20, 2010, all parties will file their Pretrial Conference Statements, pursuant to Crim. L. R. 17.1-1(b).

(12)    No substantive pretrial motions will be filed after October 20, 2010.

(13)    On October 27, 2010 at 2:30 p.m., the Court will hold the Pretrial Conference.

(14)    Jury trial will commence on November 10, 2010 at 8:30 a.m.

Based on the above, the parties agree, and defendants consent, that time be excluded from the Speedy Trial Act calculation from August 9, 2010 through November 10, 2010, for effective preparation of the defense, taking into account the exercise of due diligence, pursuant to U.S.C. § 3161(h)(7)(B)(iv), and delay resulting from pretrial motions, pursuant to 18 U.S.C. § 3161(h)(1)(D).

There are twenty three (23) days remaining before trial in this case must commence for all defendants. Pursuant to the time excluded in this Proposed Order and Stipulation, the "speedy trial" date for this matter is December 3, 2010.

THE COURT HEREBY FINDS that the ends of justice served by excluding August 9, 2010 through November 10, 2010, for effective preparation of the defense,

1 | taking into account the exercise of due diligence, outweighs the best interest of the public
2 | and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  Pretrial
3 | motions also result in time excluded under the Speedy Trial Act, from August 9, 2010
4 | through November 10, 2010, pursuant to 18 U.S.C. § 3161(h)(1)(D).
5 | THE COURT HEREBY ORDERS:
6 |     1.    The period from August 9, 2010 through November 10, 2010, shall be
7 | excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(D) and
8 | 18 U.S.C. § 3161(h)(7)(B)(iv).
9 |     2.    Disclosures, Motions and Court Appearances shall occur on the dates
10 | designated in this Stipulation.
11 | IT IS SO STIPULATED.
12 |
13 | August 10, 2010                                         /s/
14 | DATED                                                   JEANE HAMILTON
     |                                                         Attorney
15 |                                                         U.S. Department of Justice, Antitrust Div.
16 | August 10, 2010                                         /s/
17 | DATED                                                   JONATHAN HOWDEN
     |                                                         Counsel for Mendel Beker and Newcon
18 |
19 | August 10, 2010                                         /s/
     | DATED                                                   WILLIAM OSTERHOUDT
20 |                                                         Counsel for Arie Prilik
21 | PURSUANT TO STIPULATION IT IS SO ORDERED.
22 |
23 |
24 |
25 | 8/23/2010
26 | DATED                                                   IT IS SO ORDERED
     |                                                         /s/ Judge Marilyn H. Patel
27 |
28 |

[Prop] Order & Stip - CR 07-0765 MHP                    - Page 4 -

**CERTIFICATE OF SERVICE**

I, Liliana C. Vallejo, certify:

That I am a citizen of the United States and employed by the United States Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, California 94102; I am over the age of eighteen years; and I am not a party to the within action.

That, on August 20, 2010, I electronically filed with the Clerk of the United States District Court, Northern District of California, using its ECF system, the following document: **[PROPOSED] ORDER AND STIPULATION REGARDING DISCLOSURES, MOTIONS AND HEARING DATES; EXCLUDING TIME FROM SPEEDY TRIAL CALCULATIONS (18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(B)(iv))**

Under N.D. Cal. Local Rule General Order 45, all parties appearing in this matter will receive an electronic copy of said filed documents.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

Executed on August 20, 2010 at San Francisco, California.

/s/ Liliana C. Vallejo
Liliana C. Vallejo