Jonathan R. Howden (SBN: 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendants
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case No. CR 07 0765 MHP** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT MENDEL BEKER TO TRAVEL TO CLEVELAND, OHIO AND PITTSBURGH, PENNSYLVANIA** |
| ) | |
| vs. ) | |
| ) | |
| MENDEL BEKER, ) | |
| a/k/a Michael Beker, ) | |
| a/k/a Mikhail Lvovich, ) | |
| ARIE PRILIK and ) | |
| NEWCON INTERNATIONAL LTD.. ) | |
| ) | |
| Defendants. ) | |
| ) | |

      Plaintiff, United States of America and Defendant Michael Beker, stipulate and agree that Michael Beker may travel outside the State of California according to the itinerary described below. Mr. Beker's Pretrial Services Officer, Josh Libby, has been informed of this proposed modification of Mr. Beker's terms of release and does not oppose it.

      Michael Beker will travel by air to Cleveland, Ohio on October 7, 2010.  He will stay in Cleveland until Wednesday, October 13, 2010, when he will travel by road Pittsburgh, Pennsylvania. He will stay in Cleveland until October 19, 2010, when he will fly back to San Francisco, California.

Mr. Beker's next court appearance is on October 13, 2010, and he knowingly and voluntarily waives his appearance at that hearing.

Mr. Beker will provide Mr. Libby with the name, address and telephone number of the hotels at which he will be staying in both Cleveland and Pittsburgh. Mr. Beker shall also be allowed to use his passport to travel by air, but shall promptly return it to his counsel when he arrives back in San Francisco.

SO STIPULATED:

Dated: September 22, 2010

/s/
Jeane Hamilton, Trial Attorney
United States Department of Justice

Dated: September 22, 2010

/s/
Jonathan Howden
Counsel for Defendant Mendel Beker

SO ORDERED:

Dated: September 23, 2010



Judge Marilyn Hall Patel
United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

2
STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT MENDEL BEKER TO TRAVEL TO OHIO AND PENNSYLVANIA

SF:291890.1