Jonathan R. Howden (SBN: 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Martha Boersch (SBN: 126569)
mboersch@jonesday.com
JONES DAY
555 California St., 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

William L. Osterhoudt (SBN: 0430321)
osterhoudt@aol.com
Dolores Osterhoudt (SBN: 215537)
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone:    (415) 664-4600
Facsimile:    (415) 664-4691

Attorneys for Defendant ARIE PRILIK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MENDEL BEKER,<br>a/k/a Michael Beker,<br>a/k/a Mikhail Lvovich,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.,<br><br>            Defendants. | Case No. CR 07 0765 MHP<br><br>[~~PROPOSED~~] ORDER DIRECTING ISSUANCE OF LETTER ROGATORY |

1   Having reviewed Defendants' Motion for Issuance of Letters Rogatory, the exhibit annexed
2   thereto, the accompanying memorandum of law, and the Declaration of Eva Chan related thereto,
3   and it appearing that the documents described in the letter rogatory annexed hereto as Exhibit A are
4   necessary to the issues of this action,

5   ORDERED that the motion be and the same hereby is granted, and it is further

6   ORDERED that the letter rogatory annexed hereto as Exhibit A, be issued in the above-
7   entitled action and directed to the appropriate judicial authority in the Russian Federation, including
8   the Federal Arbitration Court, Moscow District, Ninth Arbitration, Court of Appeal, and the Moscow
9   Arbitration Court, to produce the documents described in the letter rogatory annexed hereto as
10  Exhibit A, and that the letter rogatory indicate that this Court shall be ready and willing to do the
11  same for that foreign court in a similar cause when required.

*This order is not intended to indicate the relevancy or admissibility of the documents and other material sought.*

HON. JUDGE MARILYN HALL PATEL
United States District Judge

Seal of the Court:

10/18/10

[PROPOSED] ORDER DIRECTING ISSUANCE OF LETTER ROGATORY
SF:293772.1

| | |
|---|---|
| 1 | Jonathan R. Howden (SBN: 97022) |
|   | jhowden@winston.com |
| 2 | Eva C. Chan (SBN: 233289) |
|   | echan@winston.com |
| 3 | WINSTON & STRAWN LLP |
|   | 101 California Street |
| 4 | San Francisco, CA 94111-5802 |
|   | Telephone:    (415) 591-1000 |
| 5 | Facsimile:     (415) 591-1400 |
| 6 | Martha Boersch (SBN: 126569) |
|   | mboersch@jonesday.com |
| 7 | JONES DAY |
|   | 555 California St., 26th Floor |
| 8 | San Francisco, CA 94104 |
|   | Telephone:    (415) 626-3939 |
| 9 | Facsimile:     (415) 875-5700 |
| 10 | Attorneys for Defendants |
|    | MENDEL BEKER AND NEWCON INTERNATIONAL LTD. |
| 11 | |
| 12 | William L. Osterhoudt (SBN: 0430321) |
|    | osterhoudt@aol.com |
| 13 | Dolores Osterhoudt (SBN: 215537) |
|    | LAW OFFICES OF WILLIAM L. OSTERHOUDT |
|    | 135 Belvedere Street |
| 14 | San Francisco, CA 94117 |
|    | Telephone:    (415) 664-4600 |
| 15 | Facsimile:     (415) 664-4691 |
| 16 | Attorneys for Defendant ARIE PRILIK |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07 0765 MHP |
| Plaintiff, | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |
| vs. | |
| MENDEL BEKER, | |
| a/k/a Michael Beker, | |
| a/k/a Mikhail Lvovich, | |
| ARIE PRILIK and | |
| NEWCON INTERNATIONAL LTD., | |
| Defendants. | |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

From: THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: THE APPROPRIATE JUDICIAL AUTHORITY
IN THE RUSSIAN FEDERATION

The United States District Court for the Northern District of California requests international judicial assistance to obtain evidence to be used in a criminal proceeding before this Court in the above-captioned case. The evidence sought is requested prior to the start of trial in this matter, which is scheduled to commence on November 10, 2010 in San Francisco, California, United States of America.

This Court requests the assistance described herein because it is necessary in the interests of justice. The assistance required is of the appropriate Judicial Authority in the Russian Federation to compel the production of official court rulings from the following locations within the Russian Federation:

| |
|---|
| Head of the Court / Court Clerk |
| Federal Arbitration Court |
| Moscow District |
| 127994, Moscow, Seleznevskaya Str. 9 |
| Head of the Court / Court Clerk |
| Ninth Arbitration, Court of Appeal |
| Moscow |
| Head of the Court / Court Clerk |
| Moscow Arbitration Court |
| Moscow |

The specific documents requested from the above-entities are described on the Schedule of Documents Requested, and copies of these legal decisions and their English translations are attached hereto as Exhibits 1 through 5.

**FACTS:** The Indictment in this case concerns an alleged scheme in 2005 to defraud the U.S. Army's Tank-Automotive and Armaments Command ("TACOM"). The Government charges that Defendants attempted to bribe a competitor, ATN, to stop supplying night vision goggles under the Battalion Set II contract with TACOM, so that Defendants could then supply the night vision goggles at inflated prices. Defendants are charged with wire fraud, conspiracy to commit wire fraud, and money laundering under various Federal laws.

The documents described on the attached Schedule of Documents Requested would, at trial, aid the establishment of facts surrounding the charges against Defendants, including whether there is any basis for the wire fraud, conspiracy to commit wire fraud, and money laundering charges. At the heart of the case is the U.S. government's allegations that Mr. Prilik made misrepresentations to TACOM about ATN's quality and delivery issues with night vision equipment that it exported from the Russian Federation, through its supplier and agent, Infostyle-2002 ("Infostyle"), a Russian company.

Defendants contend that Mr. Prilik made no such misrepresentations and that in fact, ATN and Infostyle faced delays in exporting night vision equipment, in part, because Shermetievo Airport Customs temporarily halted ATN and Infostyle's night vision goggle exports by inspecting the goggles and issuing an administrative offense to Infostyle. The legal decision from Moscow Arbitration Court, dated September 7, 2006, demonstrates Shermetievo Airport Customs found that Infostyle did not have the proper export permits to export ATN's goggles. (*See* Exhibits 2 and 5, attached hereto). The appellate decision, dated February 26, 2008, from the Federal Arbitration Court of the Moscow Region, further vindicates the defendants because it shows that Infostyle and ATN were later allowed to export the night vision equipment because this equipment fell below the limitations on the Russian export restrictions. (*See* Exhibit 1, attached hereto). Equipment which fell below the limitations on Russian export restrictions could not meet the specifications of the Batallion II contract, thus ATN could not meet the technical specifications required by the United

3
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
SF:293734.1

States military. Because Defendants require these official court decisions to prove that no such misrepresentations were made, justice cannot be completely done without such documents.

**REQUEST FOR ASSISTANCE**: This Court hereby requests that the Appropriate Judicial Authority in Russia cause said documents to be returned to the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco California, 94102, USA, under cover duly sealed, for return thereto. The request by this Court is made in response to an application by Mr. Mendel Beker, Newcon International, and Mr. Arie Prilik. Mr. Mendel Beker, Newcon International, and Mr. Arie Prilik have requested the receipt of these documents in advance of trial, which is currently scheduled to begin on November 10, 2010.

**RECIPROCITY**: This Court will be pleased to entertain any similar requests for Judicial Assistance should they be necessary from time to time.

**REIMBURSEMENT OF COSTS**: Mr. Mendel Beker, Newcon International, and Mr. Arie Prilik shall be responsible for all allowable costs incurred for processing this request.

_____
HON. JUDGE MARILYN HALL PATEL
United States District Judge

Seal of the Court:

4
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
SF:293734.1

# SCHEDULE OF DOCUMENTS REQUESTED WITH EXHIBITS

A. From the Federal Arbitration Court, Moscow, Russia:

1. Resolution No. KA -A40/722-08-P, dated February 26, 2008, of the Federal Arbitration Court of the Moscow Region (in Case No. A40-52156/06-147-305), attached hereto as Exhibit 1.

B. From the Ninth Arbitration Court of Appeal, Moscow, Russia:

1. Resolution of the Ninth Arbitration Court of Appeal, dated October 29, 2007, Case No. 09AP-10361/2007-AK (regarding appeal of Case No. A40-52156/06-147-305), attached hereto as Exhibit 2.

2. Resolution of the Ninth Arbitration Court of Appeal, dated November 23, 2006, Case No. 09AP-13457/2006-AK (regarding Case No. A40-52156/06-147-305), attached hereto as Exhibit 3.

3. Resolution of the Ninth Arbitration Court of Appeal, dated November 23, 2006, Case No. 09AP-13795/2006-AK (regarding Case No. A40-52158/06-2-223), attached hereto as Exhibit 4.

C. From the Moscow Arbitration Court, Moscow, Russia:

1. Decision of the Moscow Arbitration Court, dated September 7, 2006, Case No. A40-52157/06-152-195 (regarding administrative offense No. 100005000-318/2006), attached hereto as Exhibit 5.