JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MENDEL BEKER, <br> a.k.a. Mikhail Lvovich, <br> a.k.a. Michael Beker, <br> ARIE PRILIK and <br> NEWCON INTERNATIONAL LTD. <br><br> Defendants. | Case No. CR 07-0765 MHP <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 10, 2010 TO JANUARY 11, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161) |

On October 28, 2010, the parties appeared before the Honorable Marilyn Hall Patel. At that appearance, the Court ordered that time be excluded from the Speedy Trial Act calculation from November 10, 2010 to January 11, 2011, for effective preparation of the defense and prosecution, taking into account the exercise of due diligence.

With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from November 10, 2010 to January 11, 2011, for the effective preparation of the defense and prosecution under 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree, and the Court finds and holds, as follows:

1. That time is excluded under the Speedy Trial Act from November 10, 2010

1. to January 11, 2011, so that counsel can effectively prepare for trial.

2. Counsel for the defense believes that the exclusion of time is in their clients' best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 10, 2010 to January 11, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Accordingly, and with the consent of the defendants, the Court orders that the period from November 10, 2010 to January 11, 2011, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(B)(iv); and there are twenty three (23) days remaining before the trial in this case must commence for both defendants. Pursuant to the time excluded in this Proposed Order and Stipulation, the "speedy trial" date for this matter is February 2, 2011.

IT IS SO STIPULATED.

November 1, 2010　　　　　　　　　　　／s／
DATED　　　　　　　　　　　　　　　JEANE HAMILTON
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Antitrust Divn.

November 1, 2010　　　　　　　　　　　／s／
DATED　　　　　　　　　　　　　　　JONATHAN HOWDEN
　　　　　　　　　　　　　　　　　　Counsel for Mendel Beker and Newcon

November 1, 2010　　　　　　　　　　　／s／
DATED　　　　　　　　　　　　　　　WILLIAM OSTERHOUDT
　　　　　　　　　　　　　　　　　　Counsel for Arie Prilik

PURSUANT TO STIPULATION IT IS SO ORDERED.

11/10/2010
DATED　　　　　　　　　　　　　　　HONORABLE MARILYN HALL PATEL
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Northern District of California

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

[Prop] Order & Stip Excl Time - CR 07-0765 MHP   - Page 2