WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES OSTERHOUDT (SBN 215537)
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Tel: (415) 664-4600
Fax: (415) 664-4691
Email: Osterhoudt@aol.com

Attorneys for Defendant,
ARIE PRILIK

JONATHAN R. HOWDEN (SBN 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Tel:     (415) 591-1000
Fax:    (415) 591-1400

Attorneys for Defendants,
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDEL BEKER, ARIE PRILIK, and NEWCON INTERNATIONAL, INC.,<br><br>    Defendants. | CASE NO. CR-07-0765 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS PRILIK AND BEKER TO TRAVEL TO CANADA** |

1

Stipulation and Proposed Order Permitting Defendants Prilik and Beker to Travel to Canada, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP

WHEREAS the Court has found that defendants Arie Prilik and Mendel Beker may return to Canada pending the commencement of trial, which is set for January 11, 2011, IT IS HEREBY STIPULATED AND AGREED by and between the United States and defendants Prilik and Beker as follows:

1. The United States will make best efforts to permit the defendants to travel from the Northern District of California to Canada on or before November 19, 2010, or on such other date as the Court may hereafter provide, and take all necessary steps to facilitate the defendants' entry into the United States out of custody prior to January 4, 2011.

2. Arie Prilik and Mendel Beker agree to return to this jurisdiction on or before January 4, 2011.

3. Arie Prilik and Mendel Beker agree to make their best efforts and to do everything within their power to return to this jurisdiction on or before January 4, 2011. They understand that failure to do so may result in forfeiture of their bonds by the Court.

4. While in Canada, defendants shall contact Pretrial Services Officer Josh Libby according to the schedule set by Officer Libby.

5. Within 24 hours of their arrival in Canada, Arie Prilik shall surrender his passport to the custody of his Canadian counsel, Boris Bytensky, and Mendel Beker shall surrender his passport to the custody of his Canadian counsel, Peter Biro. Defendants' Canadian passports shall be returned to them by Canadian counsel no more than 24 hours before each of the Defendant's scheduled return to the United States.

6. The defendants, through their Canadian counsel, shall advise the appropriate Canadian authorities of the fact of Defendants' return to Canada and the terms of their release.

7. The defendants shall not apply for any passports while in Canada.

8. Arie Prilik and Mendel Beker shall provide to the Department of Justice an itinerary of their return flights to the United States no later than November 17, 2010 to permit Defendants to be paroled into the United States.

2

Stipulation and Proposed Order Permitting Defendants Prilik and Beker to Travel to Canada, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP

SO STIPULATED:

Dated:  November 12, 2010                         /s/
　　　　　　　　　　　　　　　　　　　Jeane Hamilton, Trial Attorney
　　　　　　　　　　　　　　　　　　　United States Department of Justice

Dated:  November 12, 2010                         /s/
　　　　　　　　　　　　　　　　　　　William L. Osterhoudt
　　　　　　　　　　　　　　　　　　　Counsel for Defendant ARIE PRILIK

Dated:  November 12, 2010                         /s/
　　　　　　　　　　　　　　　　　　　ARIE PRILIK
　　　　　　　　　　　　　　　　　　　Defendant

Dated:  November 12, 2010                         /s/
　　　　　　　　　　　　　　　　　　　Jonathan R. Howden
　　　　　　　　　　　　　　　　　　　Counsel for De3fendant MENDEL BEKER

Dated:  November 12, 2010                         /s/
　　　　　　　　　　　　　　　　　　　MENDEL BEKER
　　　　　　　　　　　　　　　　　　　Defendant

SO ORDERED:

Dated:   November  16 , 2010

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

Stipulation and Proposed Order Permitting Defendants Prilik and Beker to Travel to Canada, *United States v. Beker, et. al.*, Case No. CR 07-0765 MHP