Jonathan R. Howden (SBN: 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendants
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MENDEL BEKER,<br>a/k/a Michael Beker,<br>a/k/a Mikhail Lvovich,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.,<br><br>Defendants. | Case No. CR 07 0765 MHP<br><br>STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT MENDEL BEKER TO TRAVEL TO LAS VEGAS, NEVADA |

    Plaintiff, United States of America and Defendant Michael Beker, stipulate and agree that he may travel outside the State of California to Las Vegas, Nevada. Mr. Beker's Pretrial Services Officer, Josh Libby, has been informed of this proposed modification and does not oppose it.

    Michael Beker will travel by air to Las Vegas, Nevada on or about February 15, 2011 and return to San Francisco no later than February 23, 2011, or sooner of so directed by the Court.

    Mr. Beker will provide Mr. Libby with the name, address and telephone number of the hotel at which he will be staying in Las Vegas. He shall also be allowed to use his passport to travel by air.

1

SO STIPULATED:

Dated: February___, 2011

/s/
Jeane Hamilton, Trial Attorney
United States Department of Justice

Dated: February ___, 2011

/s/
Jonathan Howden
Counsel for Defendant Mendel Beker

SO ORDERED:

Dated: February 15, 2011

Judge Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA