IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>MENDEL BEKER, ARIE PRILIK,<br>NEWCON INTERNATIONAL INC,<br><br>          Defendant.<br>_____ / | No. CR 07-00765 MHP<br><br>**JUDGMENT OF ACQUITTAL** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(x) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that defendants' Rule 29(a) motion for judgment of acquittal is GRANTED, and that defendants are acquitted, discharged, and any bonds exonerated.

Dated: 3/1/2011

                                       MARILYN HALL PATEL,
                                       United States District Court Judge
                                       Northern District of California