```
JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)
ANNA TRYON PLETCHER (CA State Bar No. 239730)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: jeane.hamilton@usdoj.gov
```

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDEL BEKER,<br>   a.k.a. Mikhail Lvovich,<br>   a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.,<br><br>    Defendants. | No. CR 07-0765 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING**<br>Date: March 21, 2011<br>Time: 10 a.m.<br>Place: Courtroom 15, 18th Floor |

**STIPULATION**

Claimant Mendel Beker, by and through Jonathan Howden, and the United States, by and through Jeane Hamilton, hereby stipulate and agree as follows:

1) A hearing on the claimant's Motion for Return of Seized Funds is scheduled in the above-captioned matter for March 21, 2011 at 11:00 a.m.

//

//

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Beker, et al 07-0765 MHP*

2)  The parties agree that the hearing should be continued until April 18, 2011 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: March 9, 2011                             /s/
                                                 Jonathan Howden
                                                 Attorney for Mendel Beker

Dated: March 9, 2011                             /s/
                                                 Jeane Hamilton
                                                 Trial Attorney

## ORDER

PURSUAT TO STIPULATION, IT IS SO ORDERED.  The hearing in the above-captioned case will be continued until April 18, 2011.

Dated:  3/14/2011

Hon. Marilyn H. Patel
United States District Judge



**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Beker, et al 07-0765 MHP*          -2-